```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>COHESION FREIGHT (HK) LIMITED, et al.,<br><br>                    Defendants. | No. 23-CV-334 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel in the related cases (case nos. 23-CV-331, 23-CV-334, and 23-CV-2374) shall confer and inform the Court by letter no later than May 4, 2023, how they propose to proceed.

**SO ORDERED.**

Dated:    March 24, 2023
            New York, New York

                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge